UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER RANSOM,

                Plaintiff,

      -against-

C.O. ANDREWS,

                Defendant.

21-CV-6343 (JPO)

ORDER OF SERVICE

J. PAUL OETKEN, United States District Judge:

      The Clerk of Court is directed to notify the New York City Department of Correction and the New York City Law Department of this order. The Court requests that Correction Officer Andrews (Shield No. 13580) waive service of summons.

      Local Civil Rule 33.2, which requires defendants in certain types of prisoner cases to respond to specific, court-ordered discovery requests, applies to this action. Those discovery requests are available on the Court's website under "Forms" and are titled "Plaintiff's Local Civil Rule 33.2 Interrogatories and Requests for Production of Documents." Within 120 days of the date of this order, Correction Officer Andrews must serve a response to those standard discovery requests. In his response, Correction Officer Andrews must quote each request verbatim.[1]

      SO ORDERED.

Dated:  September 2, 2021
           New York, New York

_____
J. PAUL OETKEN
United States District Judge

---

[1] If Plaintiff would like copies of those discovery requests before receiving the response and does not have access to the website, Plaintiff may request those discovery requests from the Court's Pro Se Intake Unit.