

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER RANSOM,

        Plaintiff,

-against-

C.O. ANDREWS,

        Defendant.

21-CV-6343 (JPO) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The April 14, 2022 11:00 a.m. conference will be conducted over the Court's AT&T teleconference line. At that time, parties should dial (888) 557-8511 and enter the access code: 7746387.

    The Clerk of the Court is directed to mail a copy of this Order to *pro se* plaintiff.

Dated:  New York, New York
         March 2, 2022

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**