```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/24/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER RANSOM,

          Plaintiff,

-against-

C.O. ANDREWS,

          Defendant.

21-CV-6343 (JPO) (BCM)

**INITIAL CASE MANAGEMENT ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court has received and reviewed plaintiff Ransom's letter dated May 19, 2022, which appears to constitute a request for the production of documents (including video) made pursuant to Fed. R. Civ. P. 34. Plaintiff is correct that defendant has 30 days (unless extended by agreement or court order) to respond to the request, running from May 23, 2022. Plaintiff is reminded, however, that discovery requests and responses need not be (and in fact should not be) filed on the docket of this action. Rather, they are served directly on the opposing party or counsel. The Court does not need to review discovery requests or responses unless a dispute develops concerning them, at which point the party seeking judicial assistance in resolving that dispute should attach the relevant portion(s) of the request or the response to a letter-motion, addressed to the Court, explaining the dispute and describing the relief sought.

Dated: New York, New York
       May 24, 2022

                                   **SO ORDERED**.

                                   _____
                                   **BARBARA MOSES**
                                   **United States Magistrate Judge**