```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/9/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER RANSOM,

        Plaintiff,

-against-

C.O. ANDREWS,

        Defendant.

21-CV-6343 (JPO) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court has received and reviewed plaintiff Ransom's latest letter-motion to compel, dated September 1 and filed September 7, 2022. (Dkt 51.) The Court notes that this is plaintiff's third such motion since July 8, 2022. (*See* Dkts. 39, 48.) It appears that the parties have not met and conferred about any of their discovery disputes, likely because plaintiff is incarcerated. In the interest of efficiency, and because discovery in this matter is scheduled to close on October 24, 2022 (Dkt. 50), it is hereby ORDERED that:

    1.    If plaintiff seeks any further relief concerning written fact discovery, he must do so in the form of a single letter-motion, filed no later than **September 30, 2022.** Similarly, if defendant C.O. Andrews seeks further relief concerning written fact discovery, he must do so in the form of a single letter-motion, filed no later than **September 30, 2022**.

    2.    Before those motions are filed, the parties must meet and confer in good faith in an effort to resolve or narrow their disputes (including the dispute outlined in Ramson's current motion, concerning defendant's responses to his requests for admission). To that end, defendant's counsel shall arrange a meet-and-confer telephone call with plaintiff, to take place no later than **September 23, 2022.** Defendant's time to respond to Ransom's current motion is EXTENDED until three court days after that telephone call takes place.

3. Defendant's counsel shall promptly advise the Court if counsel experiences any difficulty in arranging the meet-and-confer call.

Dated: New York, New York
September 9, 2022

                                        **SO ORDERED**.

                                        **BARBARA MOSES**
                                        **United States Magistrate Judge**