```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/17/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X

CHRISTOPHER RANSOM,

                      Plaintiff,

       -against-

C.O. ANDREWS,

                      Defendants.
------------------------------------------------------------------- X

**ORDER TO PRODUCE INMATE FOR DEPOSITION**

21-CV-6343 (JPO) (BCM)

**THE HONORABLE BARBARA MOSES, United States Magistrate Judge:**

Upon the application of Defendants for leave to take the deposition of Plaintiff Christopher Ransom (DIN 21A2662), an inmate, and the Court having granted leave for the taking of Plaintiff's deposition pursuant to Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure:

**IT IS HEREBY ORDERED**: (1) that the Warden or other official in charge of the Clinton Correctional Facility at the New York State Department of Corrections and Community Supervision produce inmate Christopher Ransom (DIN 21A2662) within Clinton Correctional Facility for the taking of his deposition by video teleconferencing **on November 1, 2022 commencing at 9:00 AM,** for so long thereafter as the deposition continues; (2) Plaintiff Christopher Ransom (DIN 21A2662) appears in such place as designated by the Warden or other official in charge of the Clinton Correctional Facility so that his deposition may be taken; and (3) that also present at the deposition will be a court reporter to be designated by Defendants as well as the attorneys for Defendants.

Dated: New York, New York
        October 17, 2022

SO ORDERED

_____
HON. BARBARA MOSES
UNITED STATES MAGISTRATE JUDGE