

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER RANSOM,

    Plaintiff,

 -against-

C.O. ANDREWS,

    Defendant.

21-CV-6343 (JPO) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

 The Court has received and reviewed plaintiff Ransom's letter-motion dated October 13 and filed October 17, 2022 (Dkt. 71), in which he complains that defendant failed to produce all of the directives required by this Court's August 23, 2022 Order (Dkt. 48) and over-redacted the directives that he did produce. Defendant shall respond to the letter no later than **October 25, 2022**. As part of his response, defendant shall submit both of the directives discussed in plaintiff's letter-motion, as follows:

 (1) 4522R-B "restraints," in the form it was produced to plaintiff;

 (2) 4522R-B "restraints," unredacted;

 (3) 4009R-C "lock in/lock out directive," in the form it was produced to plaintiff; and

 (4) 4009R-C "lock in/lock out directive," unredacted.

**All four documents may be filed under seal**, at the "ex parte" level (visible only to the filing party and the Court's staff). The *unredacted* directives need not be served on plaintiff. The response itself must be filed in public view, unless it reveals the contents of the directives. In that case, a redacted copy of the response must be filed in public view, and the full, unredacted copy may be filed under seal, along with the exhibits, at the "ex parte" level.

Dated: New York, New York
   October 18, 2022

              **SO ORDERED**.

              _____
              **BARBARA MOSES**
              **United States Magistrate Judge**